# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                  **4:06-CR-00409-01-JMM**

**ROBERT DEWAYNE BOLDEN**

### ORDER

Pending is Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 116), based on the retroactive application of the United States Sentencing Commission's crack cocaine penalty guideline reduction.

As was set out in a July 28, 2009 Order[1] and again in a January 27, 2010 Order,[2] Defendant's sentence is based on a statutory minimum, and the guideline amendments do not apply to his case. To the extent that Defendant is asking for a reduction under the Fair Sentencing Act, the request is denied for the same reason set out in the December 1, 2010 Order[3] -- the FSA is not retroactive.

Accordingly, Defendant's Motion (Doc. No. 116) is DENIED.

IT IS SO ORDERED this __3__ day of November, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 107.

[2] Doc. No. 110.

[3] Doc. No. 114.